51 P.3d 379

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Phillips | 23941 | 06/04/2002 | Reversed and remanded |
| State v. Kawamoto | 23991 | 06/07/2002 | Affirmed |
| Wailehua v. State | 24123 | 06/07/2002 | Affirmed |
| State v. Batongbacol | 23759 | 06/10/2002 | Affirmed |
| State Farm Fire & Cas. Co. v. Royal Ins. Co. | 23339 | 06/14/2002 | Affirmed |
| Hamamoto Corp. v. Int'l Savings & Loan Ass'n | 23295 | 06/14/2002 | Affirmed/Reversed in part |
| Realty Finance, Inc. v. Schmidt | 23441 | 06/27/2002 | Affirmed |
| Waggener v. Waggener | 23531 | 06/28/2002 | Affirmed in part, vacated in part & reversed in part |
| Smith v. City & County | 23746 | 06/28/2002 | Vacate and remanded |
| State v. Velarde | 23197 | 07/05/2002 | Affirmed |
| Jackson v. Jenkins | 24169 | 07/18/2002 | Affirmed |
| State v. Save | 23970 | 07/22/2002 | Affirmed |
| Odeh v. Odeh | 23622 | 07/24/2002 | Affirmed |
| State v. Maxwell | 23877 | 07/31/2002 | Affirmed in part and Reversed in part |
| Andres v. Administrative Director of Courts | 23786 | 08/01/2002 | Affirmed |
| Dunster v. Dunster | 23827 | 08/12/2002 | Affirmed |
| State v. McWhite | 23950 | 08/13/2002 | Affirmed |